# United States Court of Appeals
## For the Eighth Circuit

_____

No. 17-3400

_____

United States of America,

*Plaintiff - Appellee,*

v.

Nathan John Wagner,

*Defendant - Appellant.*

_____

Appeal from United States District Court
for the Southern District of Iowa - Davenport

_____

Submitted: July 25, 2018
Filed: July 30, 2018
[Unpublished]

_____

Before LOKEN, COLLOTON, and BENTON, Circuit Judges.

_____

PER CURIAM.

Nathan Wagner appeals the sentence imposed by the district court[1] after he pleaded guilty to conspiring to distribute methamphetamine. Wagner's counsel has

---

[1]The Honorable John A. Jarvey, Chief Judge, United States District Judge for the Southern District of Iowa.

moved to withdraw and has filed a brief under *Anders v. California*, 386 U.S. 738 (1967), challenging the reasonableness of the sentence.

After careful review, we conclude that the district court did not impose an unreasonable sentence. The sentence was below the advisory guideline range. The court properly considered the factors set forth in 18 U.S.C. § 3553(a), and there is no indication that the court committed a clear error of judgment in weighing relevant factors. *See United States v. Salazar-Aleman*, 741 F.3d 878, 881 (8th Cir. 2013) (standard of review); *see also United States v. Torres-Ojeda*, 829 F.3d 1027, 1030 (8th Cir. 2016).

Having independently reviewed the record pursuant to *Penson v. Ohio*, 488 U.S. 75 (1988), we find no nonfrivolous issues for appeal. Accordingly, we grant counsel's motion, and affirm.

_____